IN THE CIRCUIT COURT, SIXTH JUDICIAL CIRCUIT, IN AND FOR
PINELLAS COUNTY, FLORIDA

RECEIVED
DEC 21 2020
CIRCUIT COURT CHAMBERS

JEFFREY DYKES, on behalf of himself
and others similarly situated,
Plaintiffs,

Case Number: 19-007394-CI

vs.

MISSOURI HIGHER EDUCATION
LOAN AUTHORITY,
Defendants.
_______________________________________/

**AMENDED FINAL ORDER GRANTING DEFENDANT'S**
**MOTION TO DISMISS COMPLAINT**

THIS CAUSE, came before the Court on Defendant Higher Education Loan Authority of the State of Missouri's ("MOHELA") Motion to Dismiss the Complaint filed by Plaintiff Jeffrey Dykes. It is hereby ORDERED and ADJUDGED as follows:

- This *Amended Final Order* is entered pursuant to the parties' stipulation and the authority of *Diamond Drywall Systems, Inc. v. Mashan Contractors, Inc.*, 943 So. 2d 267 (Fla. 3d DCA 2006). This *Amended Final Order* supersedes the prior final orders entered in this matter.

- Eleventh Amendment sovereign immunity applies to MOHELA based on *In re Stout*, 231 B.R. 313, 317 (Bankr. W.D. Mo. 1999), and because MOHELA is a public instrumentality and arm of the State of Missouri as delineated in Defendant's Motion to Dismiss and the Missouri Statutes cited therein, including RSMo. §§ 173.415, 173.445, 173.360, and 173.365. With respect to this basis, the Motion To Dismiss is granted WITH PREJUDICE with respect to re-filing in Florida court, but WITHOUT PREJUDICE with respect to filing in Missouri court.

- Plaintiff's Complaint does not state a cognizable action under Florida's Deceptive and Unfair Trade Practices Act ("FDUTPA"), and FDUTPA does not apply to the servicing of student loans, as delineated in Defendant's Motion to Dismiss and the FDUTPA sections of the Florida Statutes cited therein. With respect to this basis, the Motion To Dismiss is granted WITH PREJUDICE.

**DONE AND ORDERED** in Chambers in Clearwater, Pinellas County, Florida this 23 day of ~~November~~ December, 2020.

[signature]
Circuit Court Judge

THANE B. COVERT,
CIRCUIT JUDGE

Exhibit 1