UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN GIBBS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-00030-ZMB |
| | ) | |
| THE HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Higher Education Loan Authority of the State of Missouri ("MOHELA") has a pending motion to dismiss. ECF 33-34. MOHELA noted that on March 10, 2026, this Court (Judge Ross)— acting at the direction of the Eighth Circuit—issued a final judgment vacating the SAVE Rule. *Missouri v. Trump*, Case No. 4:24-cv-00520-JAR, ECF 102.

In their opposition, Plaintiffs argue that Judge Ross's judgment vacating the SAVE Rule is not final because some individuals subsequently filed a motion to intervene and a proposed motion for Judge Ross to reconsider his judgment and remand the SAVE Rule to the Department of Education without vacating it. ECF 37, at 5, n.2.

MOHELA files this notice to advise the Court that on July 31, 2026, Judge Ross denied the motion to intervene and the proposed motion for reconsideration. Case No. 4:24-cv-00520-JAR, ECF 116.

Respectfully submitted,

THOMPSON COBURN LLP

By: */s/ Jeffrey R. Fink*

Jeffrey R. Fink, #44963(MO)
Matthew D. Guletz, #57410(MO)
One U.S. Bank Plaza, Suite 2700
St. Louis, Missouri 63101
(314) 552-6000 (telephone)
(314) 552-7000 (facsimile)
jfink@thompsoncoburn.com
mguletz@thompsoncoburn.com

Attorneys for Defendant MOHELA